**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**RHONDA LINEBARGER-GRAVEMANN**,

**Plaintiff,**

**v.**                                                            **No. 16-0423-DRH**

**DIVERSIDIED MAINTENANCE SYSTEMS, INC.,**

**Defendant.**

**MEMORANDUM and ORDER**

**HERNDON, District Judge:**

On April 14, 2016, defendant removed the case from the Madison County, Illinois Circuit Court to this Court based on diversity jurisdiction, 28 U.S.C. § 1332 (Doc. 1).  However, a review of the notice of removal states that plaintiff is a resident of Illinois and the complaint does not address plaintiff's citizenship. "[R]esidence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction."   *Meyerson v. Harrah's E. Chicago Casino,* 299 F.3d 616, 617 (7th Cir. 2002).   *See also Tylka v. Gerber Prods. Co.,* 211 F.3d 445, 448 (7th Cir. 2000) ("[A]llegations of residence are insufficient to establish diversity jurisdiction."); *Held v. Held,* 137 F.3d 998, 1000 (7th Cir. 1998) (same). Thus, the Court **DIRECTS** defendants to file an amended notice of removal on or

before May 25, 2016 or the Court will remand this matter to the Madison County,

Illinois Circuit Court.

**IT IS SO ORDERED.**

Signed this 25th day of April, 2016.

Digitally signed by
Judge David R.
Herndon
Date: 2016.04.25
15:29:35 -05'00'

**United States District Judge**