# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RHONDA LINEBARGER-GRAVEMANN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 16-423-SCW |
| DIVERSIFIED MAINTENANCE SYSTEMS, INC., | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to Order entered by United States Magistrate Judge Stephen C. Williams on June 12, 2017 (Doc. 32) the above-captioned action is **DISMISSED** with prejudice and without costs.

**DATED** this 27th day of September, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:** */s/ Angela Vehlewald*
  **Deputy Clerk**

Approved by   */s/ Stephen C. Williams*
  **United States Magistrate Judge**
  **Stephen C. Williams**